

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ**,
Appellant

v.

**VANTAGE BANK TEXAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:        Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

The panel has considered appellant's motion for rehearing. The motion is DENIED.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

Michael A. Cruz,
Clerk of Court